IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–00333–REB–KMT

HENRY LEON MADISON,

    Plaintiff,

v.

VOLUNTEERS OF AMERICA,
SUNSET PARK APARTMENTS,
DIANN KUNZ,
ROYA ROSADO, and
LINDA FULKA,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

Plaintiff's "Motion for Additional Time to Respond to Defendants Sunset Park Apartments, Dianna Kunz, Roya Rosado, and Linda Fulks Motions to Dismiss" (Doc. No. 36, filed September 17, 2012) and "Motion for Additional Time to Respond to Defendants Volumteers [sic] of American's Motions to Dismiss" (Doc. No. 37, filed September 17, 2012) is GRANTED. Plaintiff's "Motion in Oppossition [sic[ to Defendants Volunteers of America's, Sunset Park Apartments, Dianna Kunz, Roya Rosado, and Linda Fulks Motions to Dismiss" is accepted as filed. The court construes the "Motion in Oppossition [sic]" as a response to the motions to dismiss and not a motion. The Clerk shall terminate this motion (Doc. No. 38). Defendants shall file their replies no later than October 5, 2012.

Dated: September 19, 2012