**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-00333-REB-KMT

HENRY LEON MADISON,

     Plaintiff,

v.

VOLUNTEERS OF AMERICA,

     Defendant.

---

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal *Without Prejudice*
Between Plaintiff and Defendant Volunteers of America, Pursuant To F.R.C.P.
41(a)(1)(a)(ii)** [#59][1] filed April 3, 2013.  After reviewing the stipulation and the record, I
conclude that the stipulation should be approved, that plaintiff's claims against
defendant Volunteers of America should be dismissed without prejudice, and that the
case should be closed.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulation For Dismissal *Without Prejudice* Between Plaintiff
and Defendant Volunteers of America, Pursuant To F.R.C.P. 41(a)(1)(a)(ii)** [#59]
filed April 3, 2013, is **APPROVED**;

---

[1] "[#59]" is an example of the convention I use to identify the docket number assigned to a specific
paper by the court's electronic case filing and management system (CM/ECF). I use this convention
throughout this order.

2. That plaintiff's claims against defendant Volunteers of America are

**DISMISSED WITHOUT PREJUDICE**, with each of the affected parties to pay its own

attorney fees and costs; and

3. That this case is **CLOSED**.

Dated April 4, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

2